UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. |
| | ) | |
| | ) | |
| Winbard Kyeyune, | ) | District of Montana |
| | ) | CR 03-18-GF-SEH |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT**

I, **Donald Freeman**, Deputy United States Marshal, do hereby make oath before Charles B. Swartwood, III, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Winbard Kyeyune, from the District of Montana, Cr 03-18-GF-SEH, charging him with violating the terms of his Supervised Release. I do hereby make oath that this warrant of arrest is outstanding in the District of Montana on the basis of the information set forth



above.

                                        _____
                                        Donald Freeman
                                        Deputy
                                        United States Marshals Service

     Subscribed and sworn to before me this 10th day of February, 2004.

                                        _____
                                        Charles B. Swartwood, III
                                        United States Magistrate Judge
                                        District of Massachusetts