## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: February 13, 2004 |
| Courtroom Clerk: Roland | Time In Court: 15 min |
| Case: USA v. Winbard Kyeyune | Case Number: 04-1634-CBS |
| AUSA: Brieger | Defense Counsel: Byrne |
| PTSO/PO: B. Riley | Recording Time: 2:16 P |

## TYPE OF HEARING

[ ] **Initial Appearance**
[ ] Arrested:   [ ] on warrant   [ ] on probable cause
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Retained Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts _____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on unsecured bond with Conditions

[X] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

_____ Date:_____ at_____

## REMARKS

Case called, Counsel and Defendant appear for Detention Hearing, Gov't withdraws motion for detention, Dft waives preliminary hearing and identity, Dft released on conditions.